# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

Larone VERDEll BRIM

**RECEIVED**
JAN 1 1 2019 MC
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

(Enter above the full name of the plaintiff or plaintiffs in this action)

vs.

J.L. Landrum #17355
J.B. WYNN #6880
B.P. Forbern #1378
J. Rumbaugh #5876
S.T. McDermott #6435

1:19-cv-00220
Judge Marvin E. Aspen
Magistrate Judge Sheila M. Finnegan
PC 7

(Enter above the full name of ALL defendants in this action. **Do not use "et al."**)

**CHECK ONE ONLY:**

✓    **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

_____    **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

_____    **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

A. Name: Larone Brim

B. List all aliases: None

C. Prisoner identification number: 20170113045

D. Place of present confinement: Currently free on Bond

E. Address: 2242 S. Princeton Ave. #104 Chicago, IL 60616

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A. Defendant: J.L. Landrum #17355
   Title: Detective CPD
   Place of Employment: Chicago Police Department 111th

B. Defendant: J.B Wynn #6880
   Title: Detective CPD
   Place of Employment: Chicago Police Department 111th

C. Defendant: B.P. Forbern #1373
   Title: Detective CPD
   Place of Employment: Chicago Police Department 111th

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 9/2007

DEFENDANT(S):

D. DEFENDANT: J. Rumbaugh #5876
Title: DETECTIVE CPD
Place of Employment: Chicago Police Department 111th

E. DEFENDANT: S.T. McDermott #6435
Title: DETECTIVE CPD
Place of Employment: Chicago Police Department 111th

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: N/A

B. Approximate date of filing lawsuit: N/A

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: N/A

D. List all defendants: N/A

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): N/A

F. Name of judge to whom case was assigned: N/A

G. Basic claim made: N/A

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): N/A

I. Approximate date of disposition: N/A

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

## IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Statement of facts: ① On January 11, 2017 "Officers J.L Landrum etc., al., acting under the Color of Law and in Compliance with City policy or Ordinance, and as a dubious practice of thiers, forced thier way into the house of Lodora Jones, without a valid Cause, and based solely on an "investigative Alert", searched me, without probable cause, or a reason there of, and without a warrant and there by subjected me to public embarrassment and humiliation when they (J.L. Landrum, et., al.) dragged me out of the house. ② All while an aggressive Search ensued in the home, after I was picked up off of the pavement and thrown into the police Cruiser. I was questioned, vehemently, by overzealous officers (J.L. Landrum, etc., al.) about a crime I didn't commit. ③ No miranda right warning was given nor was I told what I was being arrested for. I had not committed a crime nor was I fleeing from a crime. ④ MY RIGHT SHOULDER WAS ALSO INJURIED WHEN I WAS SLAMMED AND DRUG ON THE GROUND. NO MEDICAL ATTENTION WAS GIVEN.

Revised 9/2007

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

(4) Wherefore, the Plaintiff, Larone Brim demands a Judgement and damages in the form of monetary damages for the amount of $ 2,000,000.00 (Two Million Dollars) with Cost and interest, and all other and further relief the Court deems proper.

VI. The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 09 day of 09, 20 18

_Larone Brim_
(Signature of plaintiff or plaintiffs)

LARONE BRIM
(Print name)

(I.D. Number) 2242 S. Princeton Ave #104
Chicago, IL. 60616
(Address)

6

Revised 9/2007